NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES S. MCKENZIE, DOC #S28771, )
)
      Appellant, )
)
v. )   Case No. 2D18-350
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed September 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County, Debra Johnes Riva,
Judge.

Charles S. McKenzie, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.